UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WALKER PUGH, JR.,

    Petitioner,

-vs-                                      Case No. 8:04-cv-2563-T-27MSS

JAMES V. CROSBY, JR.,

    Respondent.

_____/

### ORDER

This cause is before the Court on Petitioner's Motion for Default Judgment (Dkt. 9). The issues raised in the motion were addressed in the Court's May 18, 2005 order, *see* Dkt. 10. Respondent's response was timely filed on March 23, 2005.

ACCORDINGLY, the Court **ORDERS** that Petitioner's Motion for Default Judgment is **DENIED**.

**ORDERED** at Tampa, Florida, on May 31, 2005.

MARY S. SCRIVEN
United States Magistrate Judge

Copy to: Petitioner *Pro Se*

SA:jsh